NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

**AMENDED** July 23, 2013
Submitted July 1, 2013
Decided July 18, 2013

**Before**

RICHARD D. CUDAHY, *Circuit Judge*

RICHARD A. POSNER, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

No. 13-1962

| | |
|---|---|
| IN RE:<br>    VICTOR M. CROWN, JR.,<br>        *Plaintiff-Appellant.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>Nos. 1:07-CV-2533, 1:92-CV-1683<br><br>James F. Holderman, *Chief Judge*, & Elaine E. Bucklo, *Judge*. |

## O R D E R

This pro se appeal is unintelligible. To the extent that we can comprehend this appeal, we consider it to be redundant and frivolous. Accordingly, we **DISMISS** Crown's appeal. We warn Crown that the court sanctions litigants who file frivolous papers. *Alexander v. United States*, 121 F.3d 312 (7th Cir. 1997).